IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

TERESA THOMAS,

        Plaintiff,

   v.

LAKE COUNTY,

        Defendant.

No. 1:13-cv-852-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

1 - ORDER

After review, I agree with the Report and Recommendation that Defendant's motion for summary judgment should be granted.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#53) is adopted. Defendant's motion for summary judgment (#26) is granted.

IT IS SO ORDERED.

DATED this 12 day of January, 2015.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE